Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed October 14, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Gina Flores

Debtors(s)

Chapter 13 Case Number:
16-42294-RLE13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL PRIOR TO CONFIRMATION OF PLAN**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the above entitled Chapter 13 Case case is DISMISSED PRIOR TO CONFIRMATION of the plan for failure of debtor(s) to appear at meeting of creditors.

END OF ORDER

COURT SERVICE LIST